# EXHIBIT 1

**Transfers - Gold and Silver Traders LLC**

Transfers $ 922,853.73

| Date | Cash Transfers (USD) | Gold Tranfers (USD) | Silver Transfers (USD) | Platinum Transfers (USD) | Palladium Transfers (USD) | Total Metal Transfers (USD) | Total Transfers (USD) |
|---|---|---|---|---|---|---|---|
| 9/12/2018 | $ - | $ 846,126.12 | $ - | $ - | $ - | $ 846,126.12 | $ 846,126.12 |
| 10/9/2018 | $ - | $ 76,727.61 | $ - | $ - | $ - | $ 76,727.61 | $ 76,727.61 |
| Total | $ - | $ 922,853.73 | $ - | $ - | $ - | $ 922,853.73 | $ 922,853.73 |